UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Gentworth Life Insurance Co.,

    Plaintiff,

v.

Marc Oliver and Sherman Swilley,

    Defendants.
    _____/

Case No. 11-14531

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION [37]**

    This matter has come before the Court on the Magistrate Judge's August 9, 2012 Report and Recommendation. (Dkt. 37.) Being fully advised in the premises and having reviewed the record and the pleadings, including Defendant Oliver's objections, the Court hereby ACCEPTS and ADOPTS the Magistrate Judge's Report and Recommendation and therefore GRANTS Defendant Sherman Swilley's motion for summary judgment. (Dkt. 24.)

    SO ORDERED.

                                            s/Nancy G. Edmunds
                                            Nancy G. Edmunds
                                            United States District Judge

Dated: September 13, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 13, 2012, by electronic and/or ordinary mail.

                                            s/Carol A. Hemeyer
                                            Case Manager